IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER J. SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 317-020 |
| | ) | |
| CALHOUN STATE PRISON; GEORGIA | ) | |
| DEPARTMENT OF CORRECTIONS; | ) | |
| WARDEN SPRAYBERRY; | ) | |
| SGT. SPENCER; LT. SPENCER; UNIT | ) | |
| MANAGER HOLLOMAN; and | ) | |
| CAPTAIN TOMBS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff filed this case in the Dublin Division even though all of the named defendants are located in Calhoun County, Georgia, and the events in Plaintiff's complaint allegedly occurred in Calhoun County. (See doc. no. 1.) Because Calhoun County is in the Middle District of Georgia, the proper venue is the Albany Division of the Middle District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Albany Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 27th day of April, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE